## MICHAEL C. REDDICK *v.* COMMISSIONER OF CORRECTION

The petitioner Michael C. Reddick's petition for certification for appeal from the Appellate Court, 67 Conn. App. 905 (AC 20777), is denied.

*David B. Rozwaski*, special public defender, in support of the petition.

*Frederick W. Fawcett*, supervisory assistant state's attorney, in opposition.

Decided April 9, 2002

## ANTHONY J. SCALISE *v.* AMERICAN EMPLOYERS INSURANCE COMPANY*

The plaintiff's petition for certification for appeal from the Appellate Court, 67 Conn. App. 753 (AC 20928), is granted, limited to the following issue:

"Under the facts of this case, did the Appellate Court properly rule that the statute of limitations had run prior to the plaintiff's written demand for arbitration?"

The Supreme Court docket number is 16725.

*Michael A. Catalano*, in support of the petition.

*Frederick J. Murolo*, in opposition.

Decided April 9, 2002